## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

KAREN MIZIC

CR. NO: 1:01-CR-257

(Rambo)

FILED
HARRISBURG, PA

AUG 8 2001

MARY E. D'ANDREA, CLERK
Per _____

### INDICTMENT

### INTRODUCTION

**THE GRAND JURY CHARGES THAT:**

Beginning on or about May 9, 2001, and continuing up through the date of the Indictment, in the Middle District of Pennsylvania and elsewhere, the defendant

**KAREN MIZIC**

knowing that an offense against the United States had been committed; namely, an escape by John Mizic, in violation of Title 18, United States Code, Section 751, did receive relieve, comfort and assist this offender in order to hinder and prevent his apprehension, trial and punishment.

In violation of Title 18, United States Code, Section 3.

A TRUE BILL

_____
Deputy FOREPERSON

8-Aug-2001
DATE

_____
MARTIN C. CARLSON
UNITED STATES ATTORNEY

JS 45 (1/96)

**CRIMINAL CASE COVER SHEET     MIDDLE DISTRICT OF PENNSYLVANIA     US DISTRICT COURT**

**Place of Offense:**

City: _____

County/Parish: _____

**Related Case Information:** U.S. v. John Mizic

Indictment ____  Docket Number: CR. NO. 1:CR-01-193

Same Defendant ____  New Defendant ____

Magistrate Judge Case Number ____

Search Warrant Case Number ____

R 20/R 40 from District of ____

**Defendant Information:**

Juvenile: Yes ___ No X    If Yes, Matter to be sealed: Yes ___ No ___

Defendant Name: KAREN MIZIC

Alias Name: _____

Address: 413 Pine Creek Drive, Barnesville, PA 18214

Birthdate: 1/24/67   SS#: 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   Sex: F   Race: CAUC.   Nationality: CITIZEN

Defense Counsel: Name: _____   Phone: _____

Address: _____

AUSA: Martin C. Carlson   Bar#: 33396

Interpreter: Yes ___ No X   List Language and/or Dialect: _____

Location Status: _____

Arrest Date: _____

___ Already in Federal Custody as of _____ in _____

___ On Pretrial Release

**U.S.C. Citations:** Indictment: X   Information: ___

Total # of Counts: 1   Petty: ___   Misdemeanor: ___   Felony: X

| INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNTS |
|---|---|---|
| Set 1   18 USC 3 | ACCESSORY AFTER THE FACT | 1 |

Date: 8-8-2001   Signature of AUSA: Martin C Carlson

District Court Case Number (to be filled in by Deputy Clerk): _____