USA USM USP CTL CSH Def
Warrant Issued

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

KAREN MIZIC

CR. NO. 1:CR-01-257

( RAMBO FILED J.)
HARRISBURG

AUG 08 2001

MARY E. D'ANDREA
Per _____

ORDER FOR WARRANT

AND NOW, this 8th day of August, 2001, upon request of Martin C. Carlson, United States Attorney for the Middle District of Pennsylvania, it is hereby

**ORDERED** that a Warrant be issued for the arrest of the above-named Defendant, KAREN MIZIC, and a United States Magistrate is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984 for the purpose of determining what bail, if any, is necessary in order to insure the presence of the Defendant in this case.

**IT IS FURTHER ORDERED** that at the time service of the Warrant is made, the United States Marshal also serves upon the Defendant a certified copy of the Indictment in the above-named case.

_____
U.S. DISTRICT COURT JUDGE