PROB 35
(Rev. 1/92)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | DKT. NO. 1:CR-01-257 |
| KAREN MIZIC | : | |

On October 28, 2004, Karen Mizic was installed on probation for a term of two (2) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Anthony C. Harvilla
Senior U.S. Probation Officer

FILED
SCRANTON
AUG 18 2006
PER_____
DEPUTY CLERK

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____7th_____ day of ____August____, 2006.

SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE